[No. 59074-0-I.  Division One.  May 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AVELINO
REYES-MONTES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-08846-8, James D. Cayce, J., entered September 25, 2006. *Remanded* by unpublished per curiam opinion.

[No. 59092-8-I.  Division One.  May 5, 2008.]

*In the Matter of the Marriage of* CLAUDIA MAUREEN
TRESELER, *Respondent*, and MICHAEL AUSTIN
TREADWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-02252-9, Dean Scott Lum, J., entered October 30, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ. Now published at 145 Wn. App. 278.

[No. 59283-1-I.  Division One.  May 5, 2008.]

MATTHEW SOUTHWICK, *Appellant*, v. SEATTLE POLICE OFFICER
JOHN DOE NO. 1 ET AL., *Defendants*, THE CITY OF
SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-18442-6, Nicole MacInnes, J., entered November 17, 2006. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Cox, J. Now published at 145 Wn. App. 292.

[No. 59379-0-I.  Division One.  May 5, 2008.]

ROBERT INGWERSEN, *Appellant*, v. IMO INDUSTRIES, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-16070-5, Michael J. Fox, J., entered December 22, 2006. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.